UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Romac Environmental Services LLC | Civil Action No. 6:20-00581 |
| Versus | Judge Robert R. Summerhays |
| Wildcat Fluids, LLC | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Transfer Venue Or Stay Case filed by defendants, Wildcat Fluids, LLC [Rec. Doc. 6] is **DENIED**.

**THUS DONE AND SIGNED** this 15th day of December, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE