# EXHIBIT 8



📞 800-GO-TANKS | ✉ sales@deltank.com 🔍

HOME   PRODUCTS   RENTALS   OILFIELD TANK SYSTEMS   SERVICES   VIDEOS   ABOUT

CONTACT



MIX TANK MANUFACTURING

DESIGNER AND MANUFACTURER OF

THE **KODIAK** AND **SANDCAT** SYSTEMS

SPECIALIZING IN THE MANUFACTURING, SALES, AND RENTAL OF DEWATERING,
SOLIDS CONTROL, AND BULK MATERIAL HANDLING EQUIPMENT

## DEL CORPORATION

40 YEARS OF SERVING OUR CUSTOMERS LIKE

Our products and services, as well as our 40 years of experience make DEL Corporation one of your most valuable assets when planning your next dewatering project. Fill out the Quick

10/9/2019 DEL Corporation | Specializing in the Manufacturing, Sales, and Rental of Dewatering, Solids Control, and Bulk Material Handling Equip…

Case 6:20-cv-00581-RRS-CBW Document 35-8 Filed 09/25/20 Page 3 of 6 PageID #: 579

**FAMILY**

DEL Corporation specializes in the design, manufacturing, sales, and rental of customized tank systems and equipment for all types of dredging, dewatering, solids control, solids separation, and material handling projects across the globe. Our 23 acre manufacturing facility in Scott, Louisiana offers full service design and manufacturing for its customers unique equipment requirements.

**We are centrally located in the United States and have fast access to both the ports of New Orleans and Houston for our international customers.**

DEL also maintains a comprehensive rental fleet that includes:

- Total Clean Systems - *Patented*
- Kodiak Total Clean Mud Systems - *Patent Pending*
- Sandcat Total Clean Flowback Systems - *Patent Pending*
- Mix Tanks
- Slurry Tanks
- Linear Shaker Screens
- Hydrocyclones
- Electrical Centrifugal Pumps
- Filter presses
- Clarifier/Thickeners
- Belt and Screw Conveyors, and much more…

Quote form to start the conversation.

## DEL QUICK QUOTE

### OR CALL 1-800-GO-TANKS

*\* Indicates required field*

Name *

| First | Last |

First    Last

Company *

Email *

Phone Number *

How Can We Help? *

**SUBMIT**



MORE VIDEOS…

10/9/2019 DEL Corporation | Specializing in the Manufacturing, Sales, and Rental of Dewatering, Solids Control, and Bulk Material Handling Equip…

Case 6:20-cv-00581-RRS-CBW Document 35-8 Filed 09/25/20 Page 4 of 6 PageID #: 580

## 40,000 SQUARE FOOT EXPANSION TO OUR CUSTOM MANUFACTURING FACILITY

In 2014, we began construction on our $4.3 million, 40,000 square foot expansion of our already 23 acre manufacturing facility. The new facility features CNC plate rolling equipment, press brakes, and plasma tables, as well as automated and robotic welding equipment. Yes, that means robots! **Our new world class facility is now fully online** and gives us more control and flexibility over the entire manufacturing process. We're excited about this additional capability and encourage you to think of us for your manufacturing needs beyond tanks and other specialties. If it's made of steel, we can build it.

 

## WHAT OUR CLIENTS SAY

*"I am so very pleased to be a customer of DEL, and view DEL as a team member with us to design and build out processing plants that enables us to execute the work that we do."* - Steve Loupe, Inland Marine Services

## FEATURED PRODUCTS FOR 2019

10/9/2019 DEL Corporation | Specializing in the Manufacturing, Sales, and Rental of Dewatering, Solids Control, and Bulk Material Handling Equip…

Case 6:20-cv-00581-RRS-CBW Document 35-8 Filed 09/25/20 Page 5 of 6 PageID #: 581

## KODIAK TOTAL CLEAN MUD SYSTEM

## SANDCAT TOTAL CLEAN FLOWBACK SYSTEM





## STAY CONNECTED 💬 WITH DEL CORPORATION

  

### NAVIGATION

Home | Products | Rentals | Services | Industries | About | Contact | Quick Quote | Privacy Policy | Site Map

### MAILING ADDRESS

DEL Corporation
PO Box 61460

### PHYSICAL ADDRESS

DEL Corporation
436 Hwy. 93 North

### CONTACT US

1-800-GO-TANKS
Toll Free: 1-800-468-2657
Phone: 337-237-8400
Fax: 337-266-7800

10/9/2019 DEL Corporation | Specializing in the Manufacturing, Sales, and Rental of Dewatering, Solids Control, and Bulk Material Handling Equip…

Case 6:20-cv-00581-RRS-CBW Document 35-8 Filed 09/25/20 Page 6 of 6 PageID #: 582

Lafayette, LA 70596     Scott, LA 70583     Email: sales@deltank.com

© 2019 | All Rights Reserved | DEL Corporation | Website by LisIDesign.com