# DAVIDSON, MEAUX, SONNIER, MCELLIGOTT, FONTENOT, GIDEON & EDWARDS

JAMES J. DAVIDSON, JR.
(1904-1990)
RICHARD C. MEAUX, SR.
(1921-2008)
JAMES J. DAVIDSON, III
V. FARLEY SONNIER
(1942-1987)
JOHN E. MCELLIGOTT, JR †
PHILIP A. FONTENOT †
KYLE L. GIDEON †
THEODORE G. EDWARDS, IV †
CHRISTOPHER J. PIASECKI †
KEVIN M. DILLS †
ROBERT D. FELDER †

JAMI LACOUR ISHEE
KATIE BERGERON WILLIAMS

† A LAW CORPORATION

**EXHIBIT "D"**

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

810 SOUTH BUCHANAN STREET
POST OFFICE BOX 2908
LAFAYETTE, LA 70502-2908

TELEPHONE: (337) 237-1660

FAX: (337) 237-3676

OF COUNSEL:
ROBERT R. MCBRIDE, RET.
MARK C. ANDRUS
ARTHUR D. MOUTON

WRITER'S EMAIL
ADDRESS:

gedwards@davidsonmeaux.com

February 7, 2020

**CERTIFIED MAIL NO. 7019 1120 0000 1805 0711**
**RETURN RECEIPT NO. 9590 9402 5308 9154 1051 13**

Wildcat Fluids
**ATTENTION:** Mr. Jeff Weber
1862 FM 534
Mathis, TX 78368

    Re:    Romac Environmental Services, LLC

Dear Mr. Weber:

    This firm has the pleasure of representing Romac Environmental Services, LLC and in that capacity we have been asked to assist them in the collection of an outstanding indebtedness undertaken by you.

    The amount presently past due by you is $299,621.60, which amount is long past due. The outstanding amount is represented by the attached statement.

    The foregoing account is seriously past due and, as such, we have been instructed to make demand upon you for payment of the foregoing balance in full within ten (10) days of your receipt of this correspondence. Your failure to pay will result in suit being filed against you for the collection of this indebtedness together with the full principal amount owed, accrued interest, late charges, attorney's fees, and costs of court, without further notice to you.

    Your failure to timely comply with the demands in this correspondence will result in further legal action against you as herein described.

    Unless you notify us in writing within thirty (30) days after your receipt of this letter that you dispute this debt or any part thereof, we will assume that it is a valid debt. If you do notify me within the thirty (30) day period, we will obtain verification of the debt and a copy of such verification will be mailed to you.

    **I AM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

    Very truly yours,

    **DAVIDSON, MEAUX, SONNIER, McELLIGOTT,**
    **FONTENOT, GIDEON & EDWARDS, LLP**

    THEODORE G. EDWARDS, IV

TGEIV/egb

**Accounts Receivable Aged Invoice Report**
**Sorted by Customer Number**
**All Open Invoices - Aged as of 1/31/2020**

ROMAC ENVIRONMENTAL SERVICES LLC (ROM)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 1 Month | 2 Months | 3 Months | 4 Months | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WILDCAT FLUIDS | | | | Contact: JEFF WEBER | | Phone: 361-290-6980 | | | Credit Limit: | | 0.00 |
| WILDCAT FLUIDS | | | | | | | | | | | |
| 7/1/2019 | 0000294-IN | 8/30/2019 | | 0.00 | 22,705.44 | 0.00 | 0.00 | 0.00 | 0.00 | 22,705.44 | 154 |
| 8/1/2019 | 0000376-IN | 9/30/2019 | | 0.00 | 22,705.44 | 0.00 | 0.00 | 0.00 | 0.00 | 22,705.44 | 123 |
| 8/1/2019 | 0000377-IN | 9/30/2019 | | 0.00 | 22,705.44 | 0.00 | 0.00 | 0.00 | 0.00 | 22,705.44 | 123 |
| 8/1/2019 | 0000378-IN | 9/30/2019 | | 0.00 | 22,705.44 | 0.00 | 0.00 | 0.00 | 0.00 | 22,705.44 | 123 |
| 9/1/2019 | 0000476-IN | 10/31/2019 | | 0.00 | 25,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,980.00 | 92 |
| 9/1/2019 | 0000477-IN | 10/31/2019 | | 0.00 | 25,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,980.00 | 92 |
| 9/1/2019 | 0000478-IN | 10/31/2019 | | 0.00 | 25,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,980.00 | 92 |
| 10/1/2019 | 0000529-IN | 11/30/2019 | | 0.00 | 26,846.00 | 0.00 | 0.00 | 0.00 | 26,846.00 | 0.00 | 62 |
| 10/1/2019 | 0000540-IN | 11/30/2019 | | 0.00 | 26,846.00 | 0.00 | 0.00 | 0.00 | 26,846.00 | 0.00 | 62 |
| 10/1/2019 | 0000541-IN | 11/30/2019 | | 0.00 | 26,846.00 | 0.00 | 0.00 | 0.00 | 26,846.00 | 0.00 | 62 |
| 11/1/2019 | 0000750-IN | 12/31/2019 | | 0.00 | 18,402.50 | 0.00 | 0.00 | 18,402.50 | 0.00 | 0.00 | 31 |
| 11/5/2019 | 0000687-IN | 1/4/2020 | | 0.00 | 733.77 | 0.00 | 0.00 | 733.77 | 0.00 | 0.00 | 27 |
| 12/1/2019 | 0000834-IN | 1/30/2020 | | 0.00 | 21,292.56 | 0.00 | 21,292.56 | 0.00 | 0.00 | 0.00 | 1 |
| 12/7/2019 | 0000787-IN | 2/5/2020 | | 0.00 | 150.51 | 0.00 | 150.51 | 0.00 | 0.00 | 0.00 | |
| 12/18/2019 | 0000839-IN | 2/16/2020 | | 0.00 | 9,742.50 | 0.00 | 9,742.50 | 0.00 | 0.00 | 0.00 | |
| | | | Customer WILDCAT FLUIDS Totals: | 0.00 | 299,621.60 | 0.00 | 31,185.57 | 19,136.27 | 80,538.00 | 168,761.76 | |
| | | | Report Totals: | 0.00 | 299,621.60 | 0.00 | 31,185.57 | 19,136.27 | 80,538.00 | 168,761.76 | |
| | | | Number of Customers: 1 | | | | | | | | |


