

**EXHIBIT "H"**

**361-547-9595**

HOME  ABOUT US  SAFETY  SERVICES  SANDCAT  GASCAT  CONTACT  CAREER



**MIX PLANTS**
- Electric Drive Systems
- Precise Chemical Dosing
- Climate Controlled
- Biodegradable Chemicals

**SandCat flowback TANK**
- Patented
- Green Completions
- High Efficiency

**SandCat flowback TANK**
- Four Phase Separation
- Reduces Required Water
- Skims Liquid Hydrocarbons
- Separates Raw Gas
- Delivers Dry Sand

📞 **CALL US**
Tel: 361-547-9595 | Fax: 844-862-4580

✉ **EMAIL US**
jeff@wildcatfluids.com

🕒 **OFFICE HOURS**
Mon - Fri: 7am - 5pm

**OVER 50 YEARS EXPERIENCE**
Wildcat Fluids offers specifically trained employees who operate in a SAFE, respectful atmosphere. All of our equipment is designed for maximum uptime and efficiency.

**OUR SERVICES**
- Mix Plants
- SandCat solids separation
- GasCat gas separation
- Equipment Rental
- Hot Shot Transportation

**VISIT US**
OFFICE:
1862 FM534
MATHIS, TX 78368

YARD:
1309 W.45TH ST.
MONAHANS, TX 79756

© 2020 Wildcat Fluids   All Rights  Reserved  Designed by Ads Venture Marketing    Webmaster Login