# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ROMAC ENVIRONMENTAL SERVICES LLC**                    **CASE NO. 6:20-CV-00581 LEAD**

**VERSUS**                                              **JUDGE ROBERT R. SUMMERHAYS**

**WILDCAT FLUIDS LLC**                                  **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, DEL Corporation's Motion to Dismiss Romac's First Supplemental and Amended Cross-Claims for Contributory Trademark Infringement and LUTPA Violation (Rec. Doc. 315) is GRANTED. Romac Environmental Services LLC's claims against DEL for trademark infringement (Count II) and Louisiana Unfair Trade Practices (Count III) are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED THAT, with regard to Romac's request for leave to amend, the Court finds that, given the Court's ruling, any attempt to amend would be futile.

Signed at Lafayette, Louisiana, this 1st day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE