UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROMAC ENVIRONMENTAL SERVICES LLC | CASE NO. 6:20-CV-00581 LEAD |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| WILDCAT FLUIDS, LLC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Wildcat Fluids, LLC's ("Wildcat") Fed. R. Civ. P 12(c) Motion to Dismiss Romac's Counterclaims (Rec. Doc. 338) is GRANTED. Romac's claims against Wildcat for violations under the Louisiana Unfair Trade Practices Act ("LUTPA") (Count I) and trademark infringement (Count II) are dismissed. Romac's request for a permanent injunction is likewise denied.

Signed at Lafayette, Louisiana, this 15th day of May, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE